UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| CAMBRIDGE ENDOSCOPIC DEVICES, INC. ) | |
| ) | Case No. 15-41706-CJP |
| Debtor. ) | |
| ) | |

**ORDER (A) APPROVING PROCEDURES
GOVERNING PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS,
AND (B) APPROVING FORM AND MANNER OF NOTICE OF SALE**

Upon consideration of Debtor's Motion For an Order (A) Approving Procedures Governing Proposed Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (B) Approving Form and Manner of Notice of Sale (the "Sale Procedures Motion"),[1] pursuant to which Cambridge Endoscopic Devices, Inc. (the "Debtor") seeks an order of this Court establishing certain procedures for the Debtor's proposed sale of substantially all of the Debtor's assets to White Sand Beach LLC ("WSB"), in its capacity as agent for the Debtor's secured lenders, or to such other entity that submits the highest or otherwise best offer to acquire the Assets (the "Proposed Sale"), which Proposed Sale is to be made pursuant to the Debtor's Motion For Authority to Sell Substantially All Assets Free and Clear of Liens, Claim, Encumbrances, and Interests Pursuant to Section 363 of the Bankruptcy Code and Court-Approved Sale Procedures dated September 4, 2015 (the "Sale Motion") and the Asset Purchase Agreement between the Debtor and WSB (the "APA") attached as <u>Exhibit A</u> to the Sale Motion; this Court on September 22, 2015 having conducted a hearing on the Sale

---

[1] Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Sale Procedures Motion.

Procedures Motion; due and adequate notice of the Sale Procedures Motion having been provided to parties in interest; and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Sale Procedures Motion is granted.

2. On November 30, 2015 at 10:00 a.m., a hearing (the "Sale Hearing") will be held before the undersigned Judge of the United States Bankruptcy Court to consider approval of the Sale Motion and the Proposed Sale.

3. The Debtor's proposed solicitation of competing bids to acquire the Assets as described in the Sale Procedures Motion is approved.

4. The submission of purchase offers for the Assets shall be governed by the Sale Procedures described in Paragraph 11 of the Sale Procedures Motion, which Sale Procedures are hereby approved. The deadline for the submission of Qualified Bids pursuant to the Sale Procedures is November 19, 2015 at 5:00 p.m.

5. The proposed notice of the Proposed Sale attached as Exhibit A to this Order (the "Sale Notice") is hereby approved.

6. Notice of the Proposed Sale provided in the following manner shall be good and sufficient for purposes of Fed. R. Bankr. P. 2002 and 6004 and MLBR 6004-1:

    A. The Debtor will serve a copy of each of the Sale Motion, the Sale Procedures Order, and the Sale Notice, through the Court's ECF system or by U.S. first class mail, upon (i) the United States Trustee for the District of Massachusetts, (ii) counsel to WSB, as agent for the Debtor's secured lenders, (iii) the Debtor's 20 largest unsecured creditors as set forth in the list filed by the Debtor pursuant to Fed. R. Bankr. P. 1007(d); and (iv) all

        parties on the regular service list including all parties that have requested notice and service of pleadings in the Debtor's Chapter 11 case.

    B.    The Debtor will serve a copy of the Sale Notice by U.S. first class mail upon (i) the Internal Revenue Service, (ii) the United States Attorney for the District of Massachusetts, (iii) each of the Debtor's federal, state and local taxing authorities, and any federal, state or local governmental agency who has or exercises any licensing, registration or permitting authority over the Debtor or any of the Assets, (iv) those parties having expressed an interest or whom the Debtor believes may be interested in purchasing the Assets, and (v) all known creditors of the Debtor.

    C.    The Debtor will prepare a press release summarizing the terms of the APA and soliciting higher and better offers (the "Press Release"), and shall arrange for such Press Release to be delivered to the following entities for distribution: (i) Business Wire (with directions that it be targeted to Business Wire's healthcare company distribution list), (ii) Orthoworld (an online publishing firm offering strategic intelligence, integrated advertising and educational conferences to the global orthopedic market), and (iii) Medical Device Daily (an online daily newsletter relied upon extensively by medical device companies and healthcare-focused venture capital firms).

7.    Any objections to the Sale Motion must be filed by 4:30 p.m. (prevailing Eastern Time) on November 19, 2015 (the "Objection Deadline") and a copy served upon each of the following persons so as to be received by such Objection Deadline:

(a) attorneys for the Debtor, Casner & Edwards, LLP, 303 Congress Street, Boston, MA 02210, Attn: Michael J. Goldberg, Esq., email: goldberg@casneredwards.com;

(b) attorneys for WSB, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, NY 10022, Attn: Adam J. Greene, Esq.; and

(c) the United States Trustee, United States Department of Justice, Office of the United States Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608.

Objections to the Sale Motion will be governed by Fed. R. Bankr. P. 9014.

8. The Debtor is authorized and empowered to take or perform such actions and expend such funds as may be necessary to effectuate the terms of this Order.

Dated: September 25, 2015

_____
United States Bankruptcy Judge      09/25/2015