UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| CAMBRIDGE ENDOSCOPIC DEVICES, INC. | ) ) | Case No. 15-41706-CJP |
| Debtor. | ) ) |  |

## **MOTION TO PERMIT FRED B. RINGEL TO APPEAR TELEPHONICALLY**

     White Sand Beach LLC ("WSB") hereby moves this Court pursuant to MLBR 9074-1 for an order permitting Fred B. Ringel, Esq. to appear telephonically at the hearing currently scheduled for **October 13, 2015 at 1:00 PM** to consider the Debtor's Application for an Order Authorizing Retention And Employment of Casner & Edwards, LLP As Counsel for the Debtor. White Sand Beach submits that permitting attorney Ringel to appear telephonically is appropriate given that (i) WSB supports the relief sought by the Debtor, and (ii) since WSB's counsel is located in New York City, if possible, WSB desires to avoid the expense of counsel's travel to Worcester for the hearing.

               WHITE SAND BEACH LLC

               By its attorneys,

               */s/ Fred B. Ringel*
               Fred B. Ringel (admitted pro hac vice)
               Robinson Brog Leinwand Green Genovese & Gluck, P.C.
               875 Third Avenue, 9th Floor
               New York, NY 10022
               fbr@robinsonbrog.com
               Telephone: 212-603-6300
               Fax: 212-956-2164

Dated: September 28, 2015

{00752883.DOC;1 }

## CERTIFICATE OF SERVICE

    I, Fred B. Ringel, Esq., hereby certify that on September 28, 2015, I caused a copy of the foregoing **Motion to Permit Fred B. Ringel to Appear Telephonically** to be served upon all registered users of the court's ECF system.

Dated: September 28, 2015

*/s/ Fred B. Ringel*
Fred B. Ringel (admitted pro hac vice)
Robinson Brog Leinwand Green Genovese & Gluck, P.C.
875 Third Avenue, 9th Floor
New York, NY 10022
fbr@robinsonbrog.com
Telephone: 212-603-6300
Fax: 212-956-2164

{00752883.DOC;1 }