# EXHIBIT A

## Prospective Bidders

Medtronic
Covidien
Aesculap
Intuitive Surgical
JNJ/Ethicon
Carefusion
Option 3
Lumenis
Zimmer Biomet
Teleflex
Frankenmann
Applied Medical
Karl Storz
Grena Medical
Bovie Medical
Conmed
Microline
Integra Lifesciences
Multiscopic Instruments, LLC
Flex Surgical
Medrobotics
Smith and Nephew
Symmetry Surgical
Stryker
Atricure
Cardica
Transenterix
Arthrex
Bard
Richard Wolfe
Apollo Endosurgery
Novadaq
Cooper Surgical
Endoevolution
Medigus
Surgiquest