# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Cambridge Endoscopic Devices, Inc.      **Case Number:** 15-41706     **(CJP)**     **Ch:** 11

#6  Debtor's Motion For Authority To Sell Substantially All Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests Pursuant To Section 363 Of The Bankruptcy Code And Court-Approved Sale Procedures

**COURT ACTION:**

_____ Granted           _____ Approved               _____ Moot
_____ Denied            _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained          _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of:  $_____ Expenses of: $_____
_____ No appearance/response by:_____
Show Cause Order              \_\_\_\_\_ Released           \_\_\_\_\_ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections having been filed and upon consideration of the Debtor's Motion For Authority to Sell Substantially All Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests Pursuant to Section 363 of the Bankruptcy Code and Court-Approved Sale Procedures [#6] (the "Motion"), the Affidavit of John Schulte in Support of the Motion [#54], and the Notice of Cancellation of Auction with Respect to Proposed Sale of Substantially all of Debtor's Assets [#50], the Court hereby cancels the hearing presently scheduled regarding the Motion on November 30, 2015 at 10:00 a.m.  The debtor shall circulate a proposed order to the U.S. Trustee and White Sand Beach LLC by November 27, 2015 and shall submit the proposed form of order to the Court for its consideration by e-mailing it to "cjp@mab.uscourts.gov" by December 1, 2015 at 4:00 p.m.

IT IS SO ORDERED:

_____  Dated: 11/25/2015
Christopher J. Panos
United States Bankruptcy Judge