United States Bankruptcy Court
District of Massachusetts

In re:                                                                              Case No. 15-41706-cjp
Cambridge Endoscopic Devices, Inc.                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: lbelanger          Page 1 of 1          Date Rcvd: Nov 25, 2015
                              Form ID: pdf012          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2015.
db              +Cambridge Endoscopic Devices, Inc.,   119 Herbert St.,   Framingham, MA 01702-8774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2015 at the address(es) listed below:
              A. Davis Whitesell    on behalf of Debtor    Cambridge Endoscopic Devices, Inc.
               whitesell@casneredwards.com
              David   Koha    on behalf of Debtor    Cambridge Endoscopic Devices, Inc. koha@casneredwards.com,
               luo@casneredwards.com
              Fred B. Ringel    on behalf of Creditor    White Sand Beach LLC fbr@robinsonbrog.com
              Lisa D. Tingue    on behalf of Assistant U.S. Trustee Richard   King lisa.d.tingue@usdoj.gov
              Michael J. Goldberg    on behalf of Debtor    Cambridge Endoscopic Devices, Inc.
               goldberg@casneredwards.com
              Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Cambridge Endoscopic Devices, Inc.     Case Number: 15-41706     (CJP)     Ch: 11

#6 Debtor's Motion For Authority To Sell Substantially All Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests Pursuant To Section 363 Of The Bankruptcy Code And Court-Approved Sale Procedures

**COURT ACTION:**
_____ Granted            _____ Approved                   _____ Moot
_____ Denied             _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained          _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
Show Cause Order          _____ Released              _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections having been filed and upon consideration of the Debtor's Motion For Authority to Sell Substantially All Assets Free and Clear Of Liens, Claims, Encumbrances, and Interests Pursuant to Section 363 of the Bankruptcy Code and Court-Approved Sale Procedures [#6] (the "Motion"), the Affidavit of John Schulte in Support of the Motion [#54], and the Notice of Cancellation of Auction with Respect to Proposed Sale of Substantially all of Debtor's Assets [#50], the Court hereby cancels the hearing presently scheduled regarding the Motion on November 30, 2015 at 10:00 a.m. The debtor shall circulate a proposed order to the U.S. Trustee and White Sand Beach LLC by November 27, 2015 and shall submit the proposed form of order to the Court for its consideration by e-mailing it to "cjp@mab.uscourts.gov" by December 1, 2015 at 4:00 p.m.

IT IS SO ORDERED:

_____ Dated: 11/25/2015
Christopher J. Panos
United States Bankruptcy Judge